**GAINES v. FCA US LLC - Fees**

| Date | Cumulative | Description | Timekeeper | Time | Rate | Total | CLASSIFICATION | COMMENTS | REASONABLE RATE | REASONABLE Time | REASONABLE TOTAL | REASONABLE CUMULATIVE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/2024 | $305.00 | Draft complaint and supporting documents | Vaziri, Sanam | 0.50 | $610.00 | $305.00 | Pleadings | | $450.00 | 0.50 | $225.00 | $225.00 |
| 09/30/2024 | $423.50 | Draft and finalize Plaintiff's discovery Requests for defendants FROGs, RFA, Declaration re: RFA, RFA, RFP, SPROGs, and (3 page) ESI Meet and Confer Letter, set one | Mejia, Tara | 0.30 | $395.00 | $118.50 | Discovery | Block Billing | $350.00 | 0.30 | $105.00 | $330.00 |
| 11/01/2024 | $463.00 | Draft email to opposing counsel regarding first discovery extension for three weeks. | Mejia, Tara | 0.10 | $395.00 | $39.50 | Discovery | Administrative / Paraprofessional Task | $150.00 | 0.10 | $15.00 | $345.00 |
| 11/18/2024 | $1,763.00 | Begin drafting Plaintiff's discovery Responses (set one) to defendants RFPs, RFAs, FROGS, Document Production, Verifications. | Mauceri, Alexandra | 4.00 | $325.00 | $1,300.00 | Discovery | Unlicensed Law Clerk;<br>Block Billing;<br>Excessive (Routine Initial Written Discovery) | $50.00 | 1.00 | $50.00 | $395.00 |
| 12/06/2024 | $2,553.00 | Draft and finalize (44 page) m&c letter re Defendant's discovery responses/RFPs. | Marks, Anita | 2.00 | $395.00 | $790.00 | Discovery | | $350.00 | 2.00 | $700.00 | $1,095.00 |
| 12/10/2024 | $2,671.50 | Begin drafting joint protective order. | Marks, Anita | 0.30 | $395.00 | $118.50 | Discovery | Administrative / Paraprofessional Task | $150.00 | 0.30 | $45.00 | $1,140.00 |
| 02/13/2025 | $3,581.50 | Begin drafting Joint Scheduling Report. | Larocque, Elizabeth | 1.40 | $650.00 | $910.00 | Rule 26 | | $450.00 | 1.40 | $630.00 | $1,770.00 |
| 02/14/2025 | $4,296.50 | Revise and finalize Joint Status Report and correspond with OC re same. | Larocque, Elizabeth | 1.10 | $650.00 | $715.00 | Rule 26 | | $450.00 | 1.10 | $495.00 | $2,265.00 |
| 05/09/2025 | $4,466.50 | Draft and finalize Plaintiff's Federal discovery Requests (set one) | Mejia, Tara | 0.40 | $425.00 | $170.00 | Discovery | Cumulative (See 9/30/2024) | $350.00 | 0.20 | $70.00 | $2,335.00 |
| 06/10/2025 | $4,791.50 | Review offer, chron, and file; draft correspondence to client re REDACTED | Carvalho, Tionna | 0.50 | $650.00 | $325.00 | Settlement? | Vague | $450.00 | 0.00 | $0.00 | $2,335.00 |
| 06/11/2025 | $5,181.50 | Review correspondence from client re REDACTED; draft objection to offer | Carvalho, Tionna | 0.60 | $650.00 | $390.00 | Settlement? | Vague | $450.00 | 0.00 | $0.00 | $2,335.00 |
| 07/22/2025 | $5,246.50 | Correspondence with OC regarding vehicle inspection. | Larocque, Elizabeth | 0.10 | $650.00 | $65.00 | VI | | $450.00 | 0.10 | $45.00 | $2,380.00 |
| 08/19/2025 | $5,376.50 | Correspondence with OC regarding Plaintiff depos and PMK depo.. | Larocque, Elizabeth | 0.20 | $650.00 | $130.00 | Depositions | | $450.00 | 0.20 | $90.00 | $2,470.00 |
| 08/27/2025 | $5,901.50 | Begin preparation for the deposition of Bill Gaines 9/3 | Medina, Jonathan | 1.00 | $525.00 | $525.00 | Depositions | | $450.00 | 1.00 | $450.00 | $2,920.00 |
| 08/28/2025 | $6,321.50 | Continue preparation for the deposition of Bill Gaines 9/3 | Medina, Jonathan | 0.80 | $525.00 | $420.00 | Depositions | Cumulative (See 8/27/2025);<br>Excessive | $450.00 | 0.00 | $0.00 | $2,920.00 |
| 09/02/2025 | $8,106.50 | Prepare for the deposition of Bill Gaines. | Hartman, Matthew | 3.00 | $595.00 | $1,785.00 | Depositions | Cumulative (See 8/27/2025 & 8/28/2025);<br>Excessive (Overstaffing) | $450.00 | 0.00 | $0.00 | $2,920.00 |
| 09/02/2025 | $9,314.00 | Continue preparation for the deposition of Bill Gaines 9/3 | Medina, Jonathan | 2.30 | $525.00 | $1,207.50 | Depositions | Cumulative (See 8/27/2025 & 8/28/2025 & 9/2/2025);<br>Excessive (Overstaffing) | $450.00 | 0.00 | $0.00 | $2,920.00 |
| 09/03/2025 | $11,991.50 | Attend and Defend the deposition of Bill Gaines. | Hartman, Matthew | 4.50 | $595.00 | $2,677.50 | Depositions | Duplicative (See Jonathan Medina re: 9/3/2025);<br>Excessive (Overstaffing - Why Should FCA Have To Pay Two Attorneys To Defend This Routine Deposition?) | $450.00 | 0.00 | $0.00 | $2,920.00 |
| 09/03/2025 | $14,354.00 | Continue preparation, Attend, and Defend the deposition of Bill Gaines. | Medina, Jonathan | 4.50 | $525.00 | $2,362.50 | Depositions | | $450.00 | 4.50 | $2,025.00 | $4,945.00 |
| 09/09/2025 | $15,423.50 | Prepare expert file and communicate with expert Chris Morales | Barron, Cole | 3.10 | $345.00 | $1,069.50 | Experts | Unlicensed Law Clerk | $50.00 | 3.10 | $155.00 | $5,100.00 |
| 09/15/2025 | $16,918.50 | Finalize Draft Plaintiff's discovery Response to defendants discovery requests. Case 2:24-cv-03522-JAM-CKD Document 20-1 Filed 01/07/26 Page 25 of 52 | Larocque, Elizabeth | 2.30 | $650.00 | $1,495.00 | Discovery | | $450.00 | 2.30 | $1,035.00 | $6,135.00 |
| 09/17/2025 | $17,048.50 | Prepare for and attend telephone conference with with client regarding REDACTED | Larocque, Elizabeth | 0.20 | $650.00 | $130.00 | ? | Vague | $450.00 | 0.00 | $0.00 | $6,135.00 |
| 09/19/2025 | $17,286.00 | Revise and finalize Objection to VI | Sanaia, Nino | 0.50 | $475.00 | $237.50 | VI | Administrative / Paraprofessional Task | $150.00 | 0.50 | $75.00 | $6,210.00 |

| Date | Cumulative | Description | Timekeeper | Time | Rate | Total | CLASSIFICATION | COMMENTS | REASONABLE RATE | REASONABLE Time | REASONABLE TOTAL | REASONABLE CUMULATIVE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/24/2025 | $18,556.00 | Draft Stipulation to Modify Scheduling Order and proposed order thereon | Kiewe, Ainat | 2.00 | $635.00 | $1,270.00 | Rule 26 | Excessive (Overstaffing) | $450.00 | 1.00 | $450.00 | $6,660.00 |
| 09/24/2025 | $18,686.00 | Correspondence with OC re stip to modify scheduling order | Larocque, Elizabeth | 0.20 | $650.00 | $130.00 | Rule 26 | | $450.00 | 0.20 | $90.00 | $6,750.00 |
| 09/25/2025 | $19,011.00 | Revise and Finalize joint stipulation to continue dates. | Larocque, Elizabeth | 0.50 | $650.00 | $325.00 | Rule 26 | | $450.00 | 0.50 | $225.00 | $6,975.00 |
| 09/25/2025 | $19,336.00 | Review D's offer, chron, and file; draft correspondence to client re REDACTED. | Carvalho, Tionna | 0.50 | $650.00 | $325.00 | ? | Excessive (Overstaffing) | $450.00 | 0.00 | $0.00 | $6,975.00 |
| 09/26/2025 | $19,466.00 | Correspondence with Court regarding Order on Stipulation to Modify Scheduling Order.. | Larocque, Elizabeth | 0.20 | $650.00 | $130.00 | Admin | | $450.00 | 0.20 | $90.00 | $7,065.00 |
| 10/03/2025 | $19,791.00 | Review correspondence from client re REDACTED; review and sign Rule 68 offer | Carvalho, Tionna | 0.50 | $650.00 | $325.00 | Settlement? | Vague | $450.00 | 0.10 | $45.00 | $7,110.00 |
| 10/07/2025 | $19,830.00 | Draft email to OC regarding m&c efforts on attorneys' fees, costs, and expenses. | Nguyen, Isabella | 0.20 | $195.00 | $39.00 | Fee Motion | Unlicensed Law Clerk;<br>Post Rule 68 Acceptance | $50.00 | 0.20 | $10.00 | $7,120.00 |
| 10/13/2025 | $19,960.00 | Revise and finalize Joint Notice of Settlement | Carvalho, Tionna | 0.20 | $650.00 | $130.00 | Admin | Administrative / Paraprofessional Task;<br>Post Rule 68 Acceptance | $150.00 | 0.20 | $30.00 | $7,150.00 |
| 10/13/2025 | $19,979.50 | Draft email to OC regarding m&c efforts on attorneys' fees, costs, and expenses + Joint NOS. | Nguyen, Isabella | 0.10 | $195.00 | $19.50 | Fee Motion | Unlicensed Law Clerk;<br>Post Rule 68 Acceptance | $50.00 | 0.10 | $5.00 | $7,155.00 |
| 11/03/2025 | $20,018.50 | Email OC re m&c efforts on attorneys' fees, costs, and expenses | Nguyen, Isabella | 0.20 | $195.00 | $39.00 | Fee Motion | Unlicensed Law Clerk;<br>Excessive (Routine Informal Fee Negotiation Email);<br>Post Rule 68 Acceptance | $50.00 | 0.10 | $5.00 | $7,160.00 |
| 12/05/2025 | $20,038.00 | Email OC re m&c efforts on attorneys' fees, costs, and expenses | Nguyen, Isabella | 0.10 | $195.00 | $19.50 | Fee Motion | Unlicensed Law Clerk;<br>Post Rule 68 Acceptance | $50.00 | 0.10 | $5.00 | $7,165.00 |
| 12/12/2025 | $20,057.50 | Email OC re m&c efforts on attorneys' fees, costs, and expenses | Nguyen, Isabella | 0.10 | $195.00 | $19.50 | Fee Motion | Unlicensed Law Clerk;<br>Post Rule 68 Acceptance | $50.00 | 0.10 | $5.00 | $7,170.00 |
| 12/16/2025 | $20,077.00 | Email OC re m&c efforts on attorneys' fees, costs, and expenses | Nguyen, Isabella | 0.10 | $195.00 | $19.50 | Fee Motion | Unlicensed Law Clerk;<br>Post Rule 68 Acceptance | $50.00 | 0.10 | $5.00 | $7,175.00 |
| 12/23/2025 | $20,096.50 | Email OC re m&c efforts on attorneys' fees, costs, and expenses | Nguyen, Isabella | 0.10 | $195.00 | $19.50 | Fee Motion | Unlicensed Law Clerk;<br>Post Rule 68 Acceptance | $50.00 | 0.10 | $5.00 | $7,180.00 |
| 12/29/2025 | $20,171.50 | Email OC re m&c efforts on attorneys' fees, costs, and expenses | Chandy, Dhara | 0.20 | $375.00 | $75.00 | Fee Motion | Excessive (Routine Informal Fee Negotiation Email);<br>Post Rule 68 Acceptance | $350.00 | 0.10 | $35.00 | $7,215.00 |
| 12/31/2025 | $20,246.50 | Email OC re m&c efforts on attorneys' fees, costs, and expenses | Chandy, Dhara | 0.20 | $375.00 | $75.00 | Fee Motion | Excessive (Routine Informal Fee Negotiation Email);<br>Post Rule 68 Acceptance | $350.00 | 0.10 | $35.00 | $7,250.00 |
| 01/02/2026 | $21,350.50 | Begin drafting Plaintiff's Motion for Attorneys' Fee, Costs, and Expenses and supporting documents. | Tantanyan, Yenok | 3.20 | $345.00 | $1,104.00 | Fee Motion | Unlicensed Law Clerk;<br>Excessive (Overstaffing);<br>Post Rule 68 Acceptance | $50.00 | 1.00 | $50.00 | $7,300.00 |
| 01/02/2026 | $21,650.50 | Review and revise DC Declaration | Chandy, Dhara | 0.80 | $375.00 | $300.00 | Fee Motion | Excessive (Routine Declaration - No Work Product [There is no Declaration of Dhara Chandy - Declaration of Angel Baker?] | $350.00 | 0.00 | $0.00 | $7,300.00 |
| Anticipated | $25,150.50 | Anticipated fees to review Opposition, draft Reply ISO (3,500.00) P's Motion for Attorneys' Fees, Costs, and Expenses, and attend hearing on P's Motion for Attorneys' Fees, Costs, and Expenses | ? | ? | ? | $3,500.00 | Anticipated | Not actually incurred (Violates Civ. Code § 1794) | $0.00 | 0.00 | $0.00 | $7,300.00 |
| | | | | | | | | | | | | |
| | **$25,150.50** | **TOTAL** | | **43.10** | | **$25,150.50** | | | | **22.80** | **$7,300.00** | |